NSK LTD. and NSK Corporation, Plaintiffs,

v.

UNITED STATES; The United States Department of Commerce, Defendants,

and

The Timken Company, Defendant–Intervenor.

The TIMKEN COMPANY, Plaintiff,

v.

UNITED STATES, Defendant,

and

Koyo Seiko Co., Ltd. and Koyo Corporation of U.S.A., Inc., and NSK Ltd. and NSK Corporation, Defendant–Intervenors.

Nos. 90–10–00543, 90–10–00548.

United States Court of International Trade.

March 30, 1993.

### ORDER

TSOUCALAS, Judge.

Upon consideration of the Motion for Second Remand and Memorandum in Support thereof filed by NSK Ltd. and NSK Corporation (collectively "NSK"), and upon consideration of all other papers and proceedings herein, it is hereby

ORDERED that the motion for remand is granted, and it is further

ORDERED this action is remanded to the Department of Commerce, International Trade Administration ("Commerce") for the purpose of recalculating NSK's dumping margin. Specifically, where Commerce used the rate of 52.17 percent as best information available for certain NSK sales, Commerce shall substitute the rate which it determines applicable to Koyo Seiko Co., Ltd. pursuant to this court's remand order of January 8,

1993 in *Koyo Seiko Co., Ltd. and Koyo Corporation of U.S.A., Inc. v. United States*, 810 F.Supp. 1287 ("*Koyo Seiko*"). It is further

ORDERED that the remand results are due at the same time the remand results in *Koyo Seiko* are filed. Any comments or responses by the parties are due within fifteen (15) days thereafter. Any rebuttal comments are due within fifteen (15) days of the date responses or comments are due.